PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA ELAINE STITES-MOUNTS, </br></br>     Plaintiff, </br></br> v. </br></br> KILOLO KIJAKAZI, </br> Acting Commissioner of Social Security, </br></br>     Defendant. | Case No. 1:22-CV-00630-SKO </br></br> **STIPULATED MOTION FOR EXTENSION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** </br></br> (Doc. 10) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due August 23, 2022. Defendant has not previously requested an extension of this deadline.

2. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. The Commissioner is in contact with OAO to ensure that the certified administrative record (CAR) is being properly certified for filing. The CAR in this case has not yet been finalized by OAO for filing. Accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests an extension of 60 days until October 22, 2022, to respond to Plaintiff's Complaint.

Respectfully submitted,

Law Offices of William M. Kuntz

Date: *August 23, 2022*   By:   *s/ William M. Kuntz  *
William M. Kuntz
*(*as authorized by email)*
Attorneys for Plaintiff

Date: *August 23, 2022*   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   */s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulated request (Doc. 10), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of time until October 24, 2022, to file the certified administrative record, which will be deemed an answer to the complaint pursuant to the Scheduling Order (*see* Doc. 3 at 2).[1]  All other deadlines set forth in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 23, 2022**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court continues the deadline by two days as the parties' requested date, October 22, 2022, falls on a Saturday.